Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858) 348-4938
Fax: (858) 348-4939

Tamim Jami, Esq. (SBN 311351)
tamim@jamilaw.com
**THE JAMI LAW FIRM P.C.**
3525 Del Mar Heights Rd #941
San Diego, CA 92130
Tel: (858) 284-0248
Fax: (858) 284-0977

Attorneys for Plaintiff:
FELIPE MAGALLON
MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 858-348-4939

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>VITAL RECOVERY SERVICES, LLC. and VITAL SOLUTIONS, INC.,<br><br>    Defendants.<br>_____ | Case No.: 3:16-cv-02971-JAH (BLM)<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S <u>UNOPPOSED</u> NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date: April 2, 2019<br>Time: 2:30 p.m.<br>Dist. Judge: Hon. John A. Houston<br>Courtroom: Courtroom 13B |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **April 2, 2019 at 2:30 p.m.,** in Courtroom 13B at the United States Court Located at 333 West Broadway, San Diego, CA 92101, Plaintiff FELIPE MAGALLON ("Plaintiff) will, and hereby does, move for an Order (1) preliminarily approving class action settlement; (2) directing distribution of notice of settlement; and (3) setting a hearing for final approval of class action settlement. This Motion is unopposed and is based on the Class Action Settlement Agreement attached as Exhibit 1 to the accompanying Declaration of Alex Asil Mashiri.

Without admitting wrongdoing, Defendants VITAL RECOVERY SERVICES, LLC and VITAL SOLUTIONS, INC. ("Defendants") have agreed to pay the class the gross settlement of $66,000.00 in exchange for a release subject to Court approval. This amount is inclusive of: (1) automatic individual settlement payments to each class member who does not opt out; (2) a Class Representative Enhancement Payment of $2,000 to Plaintiff for his services as a Class Representative; (3) Class Counsel's attorney's fees not to exceed $46,000; and (4) Class Counsel's reasonable litigation expenses not to exceed $3,000.

Defendants have also agreed to pay for the class administration costs. This amount will *not* be deducted from the Gross Settlement Funds and will be separately paid by Defendants.

Any portion of the Net Settlement Proceeds that is either not claimed or that is attributable to a settlement check that was issued but not cashed within 180 days, shall be distributed to the Legal Aid Society of San Diego, Inc.

This Motion is based upon this Notice; the Memorandum of Points and Authorities filed herein; the Declaration of Alex Asil Mashiri and the attached exhibit(s); the Declaration of Tamim Jami; on all pleadings and papers on file in this matter; on any matters which this Court must or may take judicial notice; and upon all evidence and arguments that this Court may permit at the time of hearing of this

1  motion.

2  Respectfully submitted,

3  DATED: February 14, 2019            **MASHIRI LAW FIRM**
                                       A Professional Corporation

   By: /s/ Alex Asil Mashiri
   Alex Asil Mashiri
   Attorney for Plaintiff
   FELIPE MAGALLON