Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858) 348-4938
Fax: (858) 348-4939

Tamim Jami, Esq. (SBN 311351)
tamim@jamilaw.com
**THE JAMI LAW FIRM P.C.**
3525 Del Mar Heights Rd #941
San Diego, CA 92130
Tel: (858) 284-0248
Fax: (858) 284-0977

Attorneys for Plaintiff:
FELIPE MAGALLON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MAGALLON, individually and on behalf of others similarly situated, | Case No.: 3:16-cv-02971-JAH (BLM) |
| Plaintiff, | **CLASS ACTION** |
| vs. | **PLAINTIFF'S <u>UNOPPOSED</u> NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT** |
| VITAL RECOVERY SERVICES, LLC. and VITAL SOLUTIONS, INC., | |
| Defendants. | Date: August 5, 2019<br>Time: 2:30 p.m.<br>Dist. Judge: Hon. John A. Houston<br>Courtroom: Courtroom 13B |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **August 5, 2019 at 2:30 p.m.,** in Courtroom 13B at the United States Court Located at 333 West Broadway, San Diego, CA 92101, Plaintiff FELIPE MAGALLON ("Plaintiff) will, and hereby does, move for an Order (1) granting final approval of the parties' class action settlement; and (2) approving the requested incentive award to named Plaintiff Felipe Magallon. This Motion is unopposed.

Final approval is warranted because the settlement is fair, adequate, and reasonable. The Class received adequate notice of the settlement and its terms, and no Class Member has objected to the settlement. Only two recipient opted out, indicating an overwhelmingly positive reaction by the Class.

This Motion is based upon this Notice; the Memorandum of Points and Authorities filed herein; the Declaration of Alex Asil Mashiri, the Declaration of Tamim Jami; the Declaration of Felipe Magallon; the Declaration of Bailey Hughes; on all pleadings and papers on file in this matter; on any matters which this Court must or may take judicial notice; and upon all evidence and arguments that this Court may permit at the time of hearing of this motion.

Respectfully submitted,

DATED: July 3, 2019

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
Alex Asil Mashiri
Attorney for Plaintiff
FELIPE MAGALLON